**No. 61683.**—H. A. Gogarty, Inc. *v.* United States, protest 307307–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61684.**—Railway Express Agency, Inc., a/c A. J. Gavrin Press, Inc. *v.* United States, protest 307919–K (New York).

Opinion by JOHNSON, J.  In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 61685.**—Souvenirs, Inc. *v.* United States, protest 288303–K (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of wooden boxes similar in all material respects to those the subject of *B. Shackman & Co. (Inc.)* v. *United States* (39 Cust. Ct. 15, C. D. 1896), the claim of the plaintiff was sustained.

MARCH 13, 1958

**No. 61686.**—Amerex Trading Corp. *v.* United States, protest 247882–K.—

Plaintiff's application for rehearing granted.

MARCH 13, 1958

**No. 61687.**—SUIT 4909.—United States *v.* Compañia Azucarera Del Camuy, Inc.—

C. D. 1823 affirmed November 22, 1957.  C. A. D. 664.